```
 1  Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
 2  Bullivant Houser Bailey PC
    601 California Street, Suite 1800
 3  San Francisco, CA 94108
    e-mail: ron.richman@bullivant.com
 4  e-mail: ron.Richman@bullivant.com
    Telephone:   (415) 352-2700
 5  Facsimile:   (415) 352-2701

 6
    Attorneys for Plaintiffs
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>HIDALGO GENERAL ENGINEERING INC., a California corporation; and JOSE ROBERTO HIDALGO, an Individual,<br><br>Defendants. | Case No.: C 07 0785 JSW |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-07 0786 JSW<br><br>**REQUEST FOR DISMISSAL; ORDER THEREON** |

|     |                                               |
| --- | --------------------------------------------- |
| 1   | Plaintiffs,                                   |
| 2   | vs.                                           |
| 3   | HIDALGO GENERAL ENGINEERING INC.,             |
| 4   | a California corporation; and JOSE ROBERTO    |
|     | HIDALGO, an Individual,,                      |
| 5   |                                               |
|     | Defendants.                                   |

Plaintiffs Board of Trustees of The Cement Masons Health and Welfare Trust Fund for Northern California; Board of Trustees of The Cement Masons Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Cement Masons Pension Trust Fund for Northern California; and Board of Trustees of The Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds") respectfully request that this Court issue an Order of Dismissal, dismissing this action in its entirety, without prejudice. Said dismissal is sought on the grounds that the action is for liquidated damages only and there are no underlying contributions upon which to collect. Plaintiffs have been unable to locate either Jose Roberto Hidalgo or a representative of Hidalgo General Engineering Inc. to secure a stipulation for dismissal.

DATED: February 20, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Attorneys for Plaintiffs

## ORDER OF DISMISSAL

Based on the foregoing and good cause appearing therefore:

IT IS HEREBY ORDERED that this action, in its entirety, be dismissed, without prejudice, as against defendants. Each side is to bear its own attorneys' fees and costs.

February 22, 2008

By _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE